*Mr. Matheson,* contra.

---

### BRYSON v. WHILDEN.

APPEAL.—This Court will extend time for perfecting an appeal.

Appellant's attorney moved for further time to make up and serve his "Case" upon the ground that at the time he

should have done so he overlooked the fact on account of the worry incident to moving into a new house. This motion. was made on notice served after expiration of time for service of proposed "Case."

April 19, 1899. PER CURIAM. On hearing the motion herein for further time to perfect the appeal herein, and after argument of counsel for and against said motion: *Ordered,* that the appellant be and he is hereby allowed until. the 30th day of April, 1899, to serve the case and exceptions herein on the respondent's counsel, and to do such other. things as may be necessary to perfect the appeal; and that the case be set down for hearing at the present term of the Court at the call of the Eighth Circuit, when it will be called peremptorily.

*Mr. Ansel,* for the motion.

*Mr. Featherstone,* contra.